IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAYMOND CLAUDIO,

    Petitioner,

v.                                  5:13cv187-WS/CJK

SECRETARY DOC,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed October 30, 2013. See Doc. 31. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as moot. The petitioner has filed no objections to the report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 31) is hereby ADOPTED and incorporated by reference into this order.

    2. The petitioner's amended petition for writ of habeas corpus (doc. 7) is DISMISSED as moot.

    3. The clerk shall enter judgment stating: "All claims against the respondent are dismissed."

4. A certificate of appealability shall not issue.

DONE AND ORDERED this   3rd   day of    December   , 2013.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE